## Solfanelli, Appellant, *v.* Archbald Borough.

Argued March 6, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

Before NEALON, J., without a jury.

*Gerald G. Dolphin,* for appellant.

*George A. Yavorek,* for appellee.

OPINION PER CURIAM, March 21, 1962:

The six judges who heard the argument in this appeal being equally divided in opinion, the judgment is affirmed.